MIX v. MACKIE.

---

ARMSTRONG v. MACKIE.

---

A cause cannot be put upon the calendar by anticipation. Therefore, where a party noticed a cause. upon the certainty of having a report ready by the time it was called, the court set aside a default obtained upon such notice ; but, as the defendant did not move in the matter until after the decree was entered, no costs were given. The latter should, before or when the cause was called, have moved to strike it off the calendar.

---

February 2,
1835.

Practice.
Noticing
cause for
hearing.

Motion to set aside default for irregularity, with costs. The complainants had filed notes of issue and given notice of hearing for the term : but they were waiting for a master's report which was received after they had given such notice ; and when the cause was called, they took a decree by default.

*Mr. S. D. Craig*, moved to set the same aside.

*Mr. Hay S. Mackay*, and *Mr. William Silliman*, opposed.

The Vice-Chancellor:—A party cannot notice a cause for hearing by anticipation. If a suit be waiting for a report, it cannot, merely because such report will be obtained before the cause can be heard, be put upon a calendar for a hearing. Such a thing can certainly not be done except by consent of all parties. The defaults must be set aside; but, inasmuch as the party applying had notice of hearing and saw how the cause stood at a certain number upon the calendar, he should have attended when it was called, and then moved that it be stricken off or placed at the bottom. No costs, therefore, given.